**730**

JOHN F. CURRAN, Respondent, v. FRANCISCA NADAL, Appellant and Third-Party Plaintiff. KEEFE & KEEFE, Third-Party Defendant.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

BEATRICE NUDELMAN et al., Respondents, v. BRONX-SQUARE REALTY CORP., Appellant.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of ROMAN S. GORSKI, as Executor of RACHELLE N. DUCAS, Deceased. ROMAN S. GORSKI, Individually and as Executor of RACHELLE N. DUCAS, Deceased, Appellant; ROBERT DUCAS, Individually and as General Guardian of WILLIAM J. DUCAS and Another, et al., Respondents.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERDINAND FARANDA, Appellant, against MAURI RIZZI et al., Respondents.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

FANNY RUBIN, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, et al., Defendants.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [Order denied motion by plaintiff for severance of action as against respondent.]

In the Matter of the Arbitration between WESTERN ELECTRIC COMPANY, INCORPORATED, Respondent, and COMMUNICATIONS WORKERS OF AMERICA, Appellant.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.; Callahan and Shientag, JJ., dissent and vote to reverse and deny the motion to stay arbitration.

In the Matter of EDWARD DE BEAUX, Individually and as President of the Surface Line Dispatchers Eligibles Association, et al., Similarly Situated, Appellants, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— ▆▆▆▆▆▆▆▆▆▆ No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.